```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 02695
   MICHELLE BROWN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4182

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 01/27/2005 and was confirmed 03/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   30.00%.

     The case was dismissed after confirmation 11/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL CORP        SECURED          5475.00          701.96      2934.54
TRIAD FINANCIAL CORP        UNSECURED        4230.08            .00          .00
BMG MUSIC SERVICE           UNSECURED       NOT FILED           .00          .00
BMG MUSIC SERVICE           NOTICE ONLY     NOT FILED           .00          .00
CITY OF CHICAGO PARKING     UNSECURED        4685.67            .00          .00
COLUMBIA HOUSE              UNSECURED       NOT FILED           .00          .00
COMPUTER CREDIT SERVICE     UNSECURED       NOT FILED           .00          .00
FIRST NATIONAL BANK OF M    UNSECURED         936.72            .00          .00
NATIONWIDE ACCEPTANCE~      UNSECURED         949.19            .00          .00
AMERITECH CELLULAR          UNSECURED       NOT FILED           .00          .00
US CELLULAR                 UNSECURED       NOT FILED           .00          .00
AMERICASH LOANS LLC         UNSECURED         637.66            .00          .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY      2,705.20                    2,705.20
TOM VAUGHN                  TRUSTEE                                        358.30
DEBTOR REFUND               REFUND                                           .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                6,700.00

PRIORITY                                             .00
SECURED                                         2,934.54
    INTEREST                                      701.96
UNSECURED                                            .00
ADMINISTRATIVE                                  2,705.20
TRUSTEE COMPENSATION                              358.30
DEBTOR REFUND                                        .00
                      --------------         --------------
TOTALS                 6,700.00                 6,700.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 02695 MICHELLE BROWN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE